Nos. 2022-1340, 2022-1341

# United States Court of Appeals for the Federal Circuit

## COREPHOTONICS, LTD.,

*Appellant,*

v.

## APPLE INC.,

*Appellee.*

———————

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00487, IPR2020-00860

———————

## NOTICE OF WITHDRAWAL AS NON-PRINCIPAL COUNSEL FOR APPELLANT

———————

Robert J. Gajarsa
rgajarsa@raklaw.com
Russ August & Kabat
800 Maine Avenue SW
Suite 200
Washington, DC 20004
(310) 826-7474

*Counsel for Appellant
Corephotonics, Ltd.*

October 7, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**   2022-1340, -1341

**Short Case Caption**   Corephotonics, Ltd. v. Apple Inc.

**Filing Party/Entity**   Appellant Corephotonics, Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/07/2022

Signature:   /s/ Robert J. Gajarsa

Name:        Robert J. Gajarsa

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Corephotonics, Ltd. | | Samsung Electronics Benelux B.V. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| C. Jay Chung, formerly of Russ August & Kabat | | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., Case No. 3:19-cv-04809-JD (N.D. Cal.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Save for Filing

Pursuant to Federal Circuit Rule 47.3(c), the undersigned hereby respectfully provides notice of withdrawal as non-principal counsel for Appellant Corephotonics, Ltd. in the above captioned appeals. Appellant will continue to be represented by its existing principal counsel and other non-principal counsel of record.

Dated: October 7, 2022                  Respectfully submitted,

*/s/ Robert J. Gajarsa*
Robert J. Gajarsa
rgajarsa@raklaw.com
Russ August & Kabat
800 Maine Avenue SW
Suite 200
Washington, DC 20004
(310) 826-7474

*Counsel for Appellant,*
*Corephotonics, Ltd.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally-spaced typeface and includes 43 words, excluding the parts exempted under those Rules.

October 7, 2022

*/s/Robert J. Gajarsa*

Robert J. Gajarsa

*Counsel for Appellant*
*Corephotonics, Ltd.*