Nos. 2022-1340, 2022-1341

# United States Court of Appeals for the Federal Circuit

**COREPHOTONICS, LTD.,** *Appellant,*

v.

**APPLE INC.,** *Appellee.*

_____

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00487, IPR2020-00860

_____

**JOINT STATEMENT OF COMPLIANCE WITH FED. CIR. R. 33**

_____

October 31, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number**    2022-1340

**Short Case Caption**    Corephotonics, Ltd. v. Apple Inc.

**Filing Party/Entity**    Appellant Corephotonics, Ltd.

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/31/2022

Signature:    /s/ Marc A. Fenster

Name:    Marc A. Fenster

FORM 9. Certificate of Interest                                    Form 9 (p. 2)
                                                                   July 2020

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Corephotonics, Ltd. | | Samsung Electronics Benelux B.V. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

ii

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| C. Jay Chung, formerly of Russ August & Kabat | Robert Gajarsa, formerly of Russ August & Kabat | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., Case No. 3:19-cv-04809-JD (N.D. Cal.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

The parties hereby certify that settlement discussions have been conducted in accordance with Federal Circuit Rule 33(a)(1). The parties have not reached an agreement regarding settlement of this appeal.

Dated: October 31, 2022       Respectfully submitted,

*/s/ Marc A. Fenster*       */s/ Debra J. McComas*

| | |
|---|---|
| Marc A. Fenster | Debra J. McComas |
| mfenster@raklaw.com | Andrew S. Ehmke |
| Neil A. Rubin | 2323 Victory Avenue, Suite 700 |
| nrubin@raklaw.com | Dallas, Texas 75219 |
| James S. Tsuei | Phone: (214) 651-5375 |
| jtsuei@raklaw.com | Fax: (214) 200-0525 |
| RUSS AUGUST & KABAT | Debbie.McComas@haynesboone.com |
| 12424 Wilshire Boulevard, 12th Floor | Andy.Ehmke@haynesboone.com |
| Los Angeles, CA 90025 | |
| Telephone: 310-826-7474 | David W. O'Brien |
| | Hong Shi |
| Appellant, | 600 Congress Avenue, Suite 1300 |
| COREPHOTONICS, LTD. | Austin, Texas 78701 |
| | Phone: (512) 867-8457 |
| | Fax: (512) 867-8613 |
| | David.Obrien@haynesboone.com |
| | Hong.Shi@haynesboone.com |
| | |
| | Angela M. Oliver |
| | 800 17th Street NW, Suite 500 |
| | Washington, D.C. 20006 |
| | Phone: (202) 654-4552 |
| | Fax: (202) 654-4252 |
| | Angela.Oliver@haynesboone.com |
| | |
| | Attorneys for Appellee |
| | APPLE INC. |