

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

November 14, 2022

2022-1340 - Corephotonics, Ltd. v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted documents (Appendix; Confidential Appendix) are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of these documents correcting the following:

- The certificate of interest should not be included in the appendix. The protective order(s) is only authorized to be included in the first volume after the table of contents before the decisions on appeal.

- The page range of the confidential and non-confidential appendices should match in each volume. Appx1-10070.

- The document does not contain the required proof of service or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. R. App. P. 25(d); Fed. Cir. R. 21(a)(3) (writ petitions); Fed. Cir. R. 25(e) (all other documents). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: M. Ames, Deputy Clerk