

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 3, 2023

2022-1340 - Corephotonics, Ltd. v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Confidential Joint Appendix (Corrected)) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The confidential version of the appendix **must** include at the beginning pertinent excerpts of any statutes imposing confidentiality or the entirety of any judicial or administrative protective order. Fed. Cir. R. 25.1(e)(1)(A).

- **Clerk's Note:** The covers for the corrected versions of the Joint Appendix lists the case numbers twice at the top of the cover.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: C. Behen, Deputy Clerk