FORM 32. Response to Notice to Advise of Scheduling Conflicts                    Form 32
                                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-1340, -1341

**Short Case Caption:** Corephotonics, Ltd. v. Apple Inc.

| Party Name(s) | Apple Inc. |
|---|---|
| **Name of Arguing Counsel** | Debra J. McComas |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 07/10/2023<br><br>07/11/2023<br><br>09/05/2023<br><br>09/06/2023<br><br>09/07/2023<br><br>09/08/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Carucel Investments L.P. v. Vidal, 21-1731; Apple Inc. v. Corephotonics, Ltd., 22-1325; Voice Tech Corp. v. Unified Patents, LLC, 22-2163; Apple Inc. v. Corephotonics, Ltd., 22-2288; Nabors Drilling Technologies USA, Inc. v. Helmerich & Payne International Drilling Co., 23-1339 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/27/2023                    Signature:  /s/ Debra J. McComas

                                    Name:  Debra J. McComas

**NO. 22-1340, -1341**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

**COREPHOTONICS, LTD.,**
Appellant

**v.**

**APPLE INC.,**
Appellee

---

**Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2020-00487 and IPR2020-00860**

---

**STATEMENT OF GOOD CAUSE FOR SCHEDULING CONFLICTS
PURSUANT TO FED. CIR. R. 34(d)(3)**

---

I am counsel of record for Appellee Apple Inc., and I expect to present oral argument in this matter.

I have six dates of unavailability within the six months of potential argument dates in this matter: July 10, 2023; July 11, 2023; September 5, 2023; September 6, 2023; September 7, 2023; and September 8, 2023. I will be attending a pretrial conference in *Osteoplastics, LLC v. ConforMIS, Inc.*, 1:20-cv-00405-MN-JLH (D. Del.) on July 10 at 4:30 p.m., which will prevent travel to Washington, D.C. before the morning of July 11. During the four September dates, I will be in trial in *Nabors*

1

*Drilling Technologies USA Inc v. Helmerich & Payne International Drilling Co.*, 3:20-cv-03126 (N.D. Tex.).

I respectfully request that the Court not schedule oral argument in this case during these dates.

Dated: January 27, 2023                    Respectfully Submitted,

                                           */s/ Debra J. McComas*
                                           **HAYNES AND BOONE, LLP**
                                           Debra J. McComas
                                           2323 Victory Avenue, Suite 700
                                           Dallas, Texas 75219
                                           Phone: (214) 651-5533
                                           *Debbie.McComas@haynesboone.com*

                                           **Attorney for Appellee, Apple Inc.**