# HAYNES BOONE



Direct: (214) 651-5375
Debbie.McComas@haynesboone.com

June 15, 2023

*Via CM/ECF*

Col. Peter R. Marksteiner
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:    Notice of Supplemental Authority Under Fed. R. App. P. 28(j) in
             *Corephotonics, Ltd. v. Apple Inc.* Nos. 22-1340, -1341

Dear Col. Marksteiner:

Pursuant to Federal Rule of Appellate Procedure 28(j), we write regarding this
Court's recent precedential decision in *Sanofi-Aventis Deutschland GmbH v.
Mylan Pharmaceuticals Inc.*, 66 F.4th 1373 (Fed. Cir. 2023).

*Sanofi-Aventis* directly contradicts Appellant Corephotonics's position that an *inter
partes* review petitioner bears "the *prima facie* burden to prove its asserted
references qualified as analogous art under § 103 in its petitions." Opening Br. 42.
Specifically, this Court held that "[a] petitioner is not required to anticipate and
raise analogous art arguments in its petition; instead a petitioner can use its reply to
'respond to arguments raised in the corresponding opposition, patent owner
preliminary response, patent owner response, or decision on institution.'" *Sanofi-
Aventis*, 66 F.4th at 1379 (quoting 37 C.F.R. § 42.23). Thus, *Sanofi-Aventis*
forecloses Corephotonics's argument that the Board's Final Written Decisions
should be reversed or vacated solely because the Board considered analogous art
arguments in Apple's Reply.

# HAYNES BOONE



Apple further notes that its Petition and Reply comport with the Court's analysis in *Sanofi-Aventis*, given that Apple compared the prior art references to the challenged patent. *See id.* at 1377; Apple's Br. 35–36.

Respectfully submitted,

*/s/ Debra J. McComas*

Debra J. McComas
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5375
Fax: (214) 200-0525
Debbie.McComas@haynesboone.com

**Attorney for Apple Inc.**