

12424
WILSHIRE
BOULEVARD

12TH FLOOR

LOS ANGELES
CALIFORNIA
90025

TELEPHONE
310.826.7474

FACSIMILE
310.826.6991

Brian D. Ledahl
bledahl@raklaw.com

July 6, 2023

**Via ECF**

Colonel Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the
    Federal Circuit
717 Madison Place NW
Washington, DC 20439

> Re:    *Corephotonics Ltd. v. Apple, Inc.*, Appeal No. 22-1340
>        *Corephotonics Ltd. v. Apple, Inc.*, Appeal No. 22-1455

Dear Colonel Marksteiner:

     I write on behalf of appellant Corephotonics, Ltd. in the two appeals referenced above pursuant to Federal Rule of Appellate Procedure 28(j), regarding this Court's recent decision in *Sanofi-Aventis Deutschland GMBH v. Mylan Pharmaceuticals, Inc.*, 66 F. 4th 1373 (Fed. Cir. 2023), a copy of which is attached as Exhibit 1.

     *Sanofi* issued as a precedential decision on May 9, 2023, after the briefing in these appeals concluded. In that case, the Court held that prior art references relied on to show obviousness must be shown to be analogous prior art to the challenged claims and that a showing by an IPR petitioner that an alleged prior art reference is analogous to another cited reference cannot satisfy this burden. *Sanofi* 66 F.4th at 1377-78. Each of the instant appeals (calendared for argument before the same panel) raises the same issue: the IPR petitioner argued that one alleged prior art reference was analogous to another, rather than presenting a showing that it was analogous to the challenged claims. This issue is discussed, for example, at pages 34-51 of the Blue Brief in the 1340 appeal, and at pages 34-50 of the Blue Brief in the



1455 Appeal, and at pages 5-17 of the Gray Brief in the 1340 Appeal and pages 3-11 of the Gray Brief in the 1455 Appeal.

Sincerely,

_/s/ Brian D. Ledahl_____

Brian D. Ledahl
Counsel for Corephotonics Ltd.



## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing letter complies with the requirements fo Fed. R. App. P. 28(j) and that the body of the letter contains 219 words.

Dated: July 6, 2023          */s/ Brian D. Ledahl*_____

           Brian D. Ledahl
           Counsel for Corephotonics, Ltd.